53 So.2d 888

### E. A. GREER v. Grace HARDEN et al.
### 7 Div. 116.

Supreme Court of Alabama.
June 28, 1951.

696

Roy D. McCord, Gadsden, for appellant.

Hawkins & Copeland, Gadsden, for appellees.

STAKELY, Justice.

No transcript of evidence is contained in the record and there are no assignments of error. There is nothing for this Court to review. The motion to affirm is granted. Affirmed.

LIVINGSTON, C. J., and FOSTER and LAWSON, JJ., concur.